# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                            Case No. 2:14-cv-14450

SCOTTY'S INCORPORATED, a corporation,
d/b/a BRUCE ENTERPRISES and
BRUCE'S FRESH PRODUCTS, and
SANDRA J. JACKSON an individual,

Defendants.

## ORDER CANCELLING TELEPHONE CONFERENCE

The parties have filed a joint motion suggesting a change in the timing of expert reports, stating:

> "The parties have conferred, and hereby agree, that the deadline for all reports of proposed experts should be no later than twenty-eight days before the end of discovery, or March 3, 2015."

The court accepts the parties' suggestion and will enter an alteration of the scheduling order accordingly. The parties appear to be making suitable progress, and there appears to be no further need for a status conference at this time. If the parties have unresolved business to discuss with the court, they should jointly advise the court's case manager.

**IT IS ORDERED** that the April 16, 2015 scheduling conference is CANCELLED.

                                    S/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated:   April 14, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 14, 2015, by electronic and/or ordinary mail.

                                    S/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522