# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 2:14-cv-14450-RHC-RSW

   -vs-

SCOTTY'S INCORPORATED,
A corporation, d//b/a
BRUCE ENTERPRISES and
BRUCE'S FRESH PRODUCTS,

   And

SANDRA JACKSON, an individual,

       Defendants.

## ORDER FOR EXTENSION OF TIME FOR DEFENDANTS' REPLY TO PROPOSED ORDER OF PERMANENT INJUNCTION AND POSTPONEMENT OF TELEPHONE CONFERENCE

In accordance with the stipulation of the parties, and the Court finding good cause for adopting the parties' stipulation, it is hereby

ORDERED that the time for filing and serving defendants' reply to plaintiff's proposed Order of Permanent Injunction is extended from April 8, 2016 to April 13, 2016; and the telephone conference of the Court and counsel for the parties is rescheduled from April 15, 2016 to **April 22, 2016 at 9:30 a.m.**

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: April 13, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 13, 2016, by electronic and/or ordinary mail.

S/Lisa Wagner

Case Manager and Deputy Clerk

(313) 234-5522